Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:15-mj-0072-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| RICHARD MARTIN BOBADILLA, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  The U.S. Marshals Service, Fresno Office informed the Yosemite Legal Office that their records search revealed the Defendant is deceased.  Therefore, the Government moves the Court of an Order of Dismissal and further requests any outstanding warrants in this matter be recalled or dismissed.

Dated:  March 1, 2017                              YOSEMITE NATIONAL PARK

 /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Bobadilla* 6:15-mj-0072-MJS, be dismissed, without prejudice, in the interest of justice and that any outstanding warrants be hereby recalled.

IT IS SO ORDERED.

Dated:   March 1, 2017                         /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE